**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:06CR38 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **TOCARRA R. FIGURES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Tocarra R. Figures (Figures) to disclose identities of informants (Filing No. 12). Government's counsel has reported to the court that counsel for Figures and government''s counsel have resolved the motion by the government agreeing to provide the information sought in the motion. Accordingly, Figures' motion to disclose identities of informants (Filing No. 12) is denied as moot.

**IT IS SO ORDERED.**

DATED this 17th day of April, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge