IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:06CR38 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **TOCARRA R. FIGURES,** | ) | |
| | ) | |
| Defendant. | ) | |

A detention hearing is scheduled before the undersigned magistrate judge at **3:15 p.m. on May 3, 2006**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 2nd day of May, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge