IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:06CR38** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **TOCARRA R. FIGURES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

A hearing on defendant's Motion to Modify Conditions of Release (Filing No. 29) is scheduled before the undersigned magistrate judge at **10:00 a.m. on June 20, 2006**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 14th day of June, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge