IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:06CR38** |
| vs. | ) | |
| | ) | **ORDER** |
| **TOCARRA R. FIGURES,** | ) | **CONTINUING TRIAL** |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for a one-day continuance of the trial date [43]. Opposing counsel has no objection. For good cause shown, trial will be continued to Tuesday, August 8, 2006.

**IT IS ORDERED** that the motion to continue trial [43] is granted, as follows:

1. Trial of this matter is continued from **August 7, 2006 to August 8, 2006** before Judge Laurie Smith Camp and a jury.

2. The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **August 7, 2006 and August 8, 2006**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act due to counsel's scheduling conflicts. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**DATED July 31, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**